NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1067

OATEY COMPANY,

Plaintiff-Appellant,

v.

IPS CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Ohio
in case no. 03-CV-1231, Judge Kathleen M. O'Malley.

ON MOTION

ORDER

Upon consideration of the motion to withdraw Kevin W. Kirsch as counsel for IPS
Corporation,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jay Reed Campbell, Esq.
     Joseph A. Yanny, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2010

JAN HORBALY
CLERK